IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ROSENBLUTH, an individual, ) | Case No. 96-4526 SC |
| ) | |
| Plaintiff, ) | ORDER RENEWING JUDGMENT |
| v. ) | |
| ) | |
| BENTZIYON PIL, an individual, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Ariel Rosenbluth ("Plaintiff") commenced an action against Defendant Bentziyon Pil ("Defendant") on December 17, 1996, claiming unpaid wages and wrongful termination. ECF No. 1 ("Compl.") The jury returned a verdict in favor of Plaintiff and against Defendant, ECF No. 49 ("Verdict"), and on December 12, 2001, the Court entered judgment against Defendant in the amount of $146,874.78 in favor of Plaintiff and $43,858.86 in favor of Plaintiff's attorneys, Neyhart, Anderson, Freitas, Flynn and Grossboll, ECF No. 55 ("Judgment"). Now Plaintiff brings an unopposed Motion seeking renewal of this judgment. ECF No. 62 ("Motion").[1]

Rule 69(a) of the Federal Rules of Civil Procedure provides:

---

[1] On April 26, 2010, Plaintiff filed with the Court a Notice of Substitution of Attorneys with the Court stating that the firm name for Plaintiff's attorneys had been changed from Neyhart, Anderson, Freitas, Flynn and Grossboll to Neyhart, Anderson, Flynn and Grossboll. ECF No. 58. Plaintiff also substituted Arkady Itkin as his attorney "for all postjudgment purposes." Id. Itkin is the attorney of record for Plaintiff's Motion.

"proceedings supplementary to and in aid of judgment . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." Under Rule 69(a), state law applies to the renewal of judgments. <u>Espanol v. Tookes</u>, No. C-99-3720, 2010 WL 582145, *1 (N.D. Cal. Feb. 10, 2010). Under California law, the judgment creditor may renew a judgment by filing an application for renewal of the judgment with the court in which the judgment was entered. Cal. Civ. Proc. Code § 683.120(a). The judgment may be renewed within ten years of the entry of judgment. <u>Id.</u> § 683.130(b)(1).

Plaintiff filed his Motion on July 12, 2010, before the December 11, 2011 judgment renewal deadline. Because Plaintiff's Motion is timely and procedurally proper, the Court GRANTS the Motion. The Court's December 12, 2001 Judgment against Bentziyon Pil and in favor of Plaintiff Ariel Rosenbluth and his attorneys Neyhart, Anderson, Freitas, Flynn & Grossboll is hereby RENEWED for a period of ten years from the date of this Order. Plaintiff shall serve this Order on Defendant Bentziyon Pil and file with the Court a Proof of Service within five (5) days of this Order.

IT IS SO ORDERED.

Dated: August 31, 2010

UNITED STATES DISTRICT JUDGE

2