ARKADY ITKIN, S.B.# 253194
Law Office of Arkady Itkin
335 Powell Street, 14th Floor
San Francisco, CA 94102

WILLIAM J. FLYNN
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
(415) 677-9440

Attorneys for Ariel Rosenbluth


RECEIVED
APR 20 2010
Neyhart, Anderson,
Flynn & Grosboll

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ROSENBLUTH, <br><br> Plaintiff, <br><br> v. <br><br> BENTZIYON PIL, <br><br> Defendant. | No. C 96-4526 SC <br><br> NOTICE OF SUBSTITUTION OF ATTORNEYS AND (PROPOSED) ORDER |

TO THE COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN that:

1. The firm name for the attorneys for plaintiff, NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL has been changed to NEYHART, ANDERSON, FLYNN & GROSBOLL. Hereafter, that firm will be abbreviated as the "Neyhart firm."

2. Judgment was previously entered in this case.

3. Plaintiff hereby substitutes Attorney Itkin for the Neyhart firm for all postjudgment purposes. The Neyhart firm also designates Mr. Itkin as its attorney for collecting any amount of attorneys fees awarded in the judgment in this matter.

I consent to the above.

Dated: 4/17, 2010

*J.F. Fried James Frigyes formerly Ariel Rosenbluth*

ARIEL ROSENBLUTH

We consent to the above.

Dated: 4/22, 2010

NEYHART, ANDERSON, FLYNN & GROSBOLL
By: William J. Flynn

I consent to the above.

Dated: _____, 2010

ARKADY ITKIN

(Proposed) ORDER

The substitution of attorneys is approved. IT IS SO ORDERED.

Dated: 8/31/10

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -